UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Sean Dixon     Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

Defendant __Sean Dixon__, hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

✓  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer

_Sean Dixon /AEK_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Sean Dixon_
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature

_Howard E. Tanner_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/22/2020
Date

_Andrew [signature]_
~~U.S. District Judge~~/U.S. Magistrate Judge